**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
**MOBOTIX CORP.,**                                        :
                                                         :
                          **Plaintiff,**                  :        **1:25-cv-03346**
                                                         :
                  **-against-**                           :
                                                         :        **ORDER TO SHOW CAUSE –**
**DYMON STORAGE CORPORATION,**                            :        **FAILURE TO PROSECUTE**
                                                         :
                  **Defendant.**                          :
                                                         :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On April 24, 2026, Plaintiffs were order to show case why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . ."). A response from Plaintiffs was due by May 1, 2026. To date, Plaintiffs have made no response.

Accordingly, this matter is DISMISSED without prejudice. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated**:    May 13, 2026
            New York, New York

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**